United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIN POLK,<br>Plaintiff,<br>v.<br>ELIZABETH SOTO, et al.,<br>Defendants. | Case No. 26-cv-08643-TLT<br><br>**ORDER OF DISMISSAL** |

Elvin Polk, a patient at Napa State Hospital proceeding *pro se*, filed this civil rights complaint. Dkt. No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because (1) he had not submitted his complaint or petition on the proper form; and (2) he had not submitted an *in forma pauperis* application or paid the filing fee. Dkt. Nos. 2, 3. The Court informed plaintiff that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. *Id.* The deadline has passed, and plaintiff has not submitted the required documents.

The Court therefore dismisses this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain both (1) a complaint on the proper form and (2) either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: October 5, 2026

TRINA L. THOMPSON
United States District Judge